UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES H. CLARK, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:05CV1344 JCH |
| FLOYD CRUES, et al., | ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court upon its review of the record. In an Order entered November 4, 2005, this Court granted Plaintiff Alternative Discipline and Behavioral Concepts, L.L.C., ten days in which to have a licensed attorney enter an appearance on its behalf. (Doc. No. 50). The Court warned that failure to do so would result in the dismissal of Alternative Discipline and Behavioral Concepts, L.L.C., as a Plaintiff in this matter. To date, Plaintiff has not responded to the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Alternative Discipline and Behavioral Concepts, L.L.C., is **DISMISSED** as a Plaintiff in this matter.

Dated this 16th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE