UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES H. CLARK, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV1344 JCH |
| ) | |
| FLOYD CRUES, et al., ) | |
| ) | |
| Defendant(s). ) | |

### **ORDER**

This matter is before the Court on Plaintiff's Request to Serve Defendants Crues, Hutchins, and Bates, filed December 9, 2005. (Doc. No. 60). In his request, Plaintiff asks that the Court serve Defendant Floyd Crues at the address provided by Plaintiff. Plaintiff further requests that the Court dismiss Defendants Larry Hutchins and Richard Bates without prejudice. Upon consideration, the Court will grant Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request to Serve Defendants Crues, Hutchins, and Bates (Doc. No. 60) is **GRANTED**, and the Clerk shall issue process or cause process to be issued upon the Complaint as to Defendant Floyd Crues at the following address: 4358-A College, St. Louis, MO, 63107.

**IT IS FURTHER ORDERED** that Defendants Larry Hutchins and Richard Bates are **DISMISSED** without prejudice.

Dated this 16th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE