UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES H. CLARK, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:05CV1344 JCH |
| FLOYD CRUES, et al., | ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court upon its review of the record. On November 10, 2005, Defendants filed a Motion to Dismiss. (Doc. No. 55). On November 16, 2005, Plaintiff purported to file a response to Defendants' Motion to Dismiss. (Doc. No. 58). Upon review, however, the Court notes that Plaintiff did not address any of the arguments raised by Defendants in their motion. The Court therefore will grant Plaintiff until **Friday, January 20, 2006**, within which to respond to Defendants' motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff James H. Clark is granted until **Friday, January 20, 2006**, within which to file his response to Defendants' Motion to Dismiss. (Doc. No. 55). Failure to do so will result in the Court's ruling on Defendants' unopposed motion.

Dated this 16th day of December, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE